AO 440  (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

RICHARD WADE ARCHITECTS, P.C.,
on behalf of himself and a class,
Plaintiff

V.

TOTAL MERCHANT SERVICES, INC., and
JOHN DOES 1-10,
Defendants

CASE NUMBER: 11-cv-7237

ASSIGNED JUDGE: Hon. Judge Coleman

DESIGNATED MAGISTRATE JUDGE: Hon. Magistrate Judge Gilbert

TO: (Name and address of Defendant)

Total Merchant Services, Inc.
c/o CSC Services of Nevada, Inc., Registered Agent
2215-B Renaissance Drive
Las Vegas, NV 89119

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Edelman, Combs, Latturner & Goodwin, LLC
120 S. LaSalle St. Suite 1800
Chicago, IL 60603

an answer to the complaint which is herewith served upon you, within ___21___ days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

(By) DEI MICHAEL W. DOBBINS, CLERK

(By) DEPUTY CLERK

DATE
October 13, 2011

DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE |||
|---|---|---|
| Service of the Summons and complaint was made by me(1) || DATE October 14, 2011 |
| NAME OF SERVER (PRINT) Ronnie Goodwin || TITLE Process Server |
| Check one box below to indicate appropriate method of service |||

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Served Total Merchant Services c/o CSC services of Nevada, Registered Agent at 2215-B Renaissance Dr., Las Vegas, NV 89119 (Julie Brown)

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  10/17/11
_____
Date          Signature of Server

123 N. 9th St., Las Vegas, NV, 89101
Address of Server

PROFESSIONAL
INVESTIGATORS INC.
123 N. 9TH STREET
LAS VEGAS, NV 89101
NV LIC: 657
WORKCARD # R-058266

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

```
State of Nevada    )
                   ) ss.
County of Clark    )
```

## AFFIDAVIT OF SERVICE

**Ronnie Goodwin**, being duly sworn deposes and says:

1. That at all times herein, your affiant is a citizen of the United States, over 18 years of age and not a party to nor interested within the action in which this affidavit is made. That your affiant is an employee of Professional Investigators Inc., which is licensed by the state of Nevada to serve legal process, License No.: 657-A.

2. That on the 13 day October of 2011, your affiant received a copy of a United States District Court- Summons and Complaint Motion for Class Certification, Associated Memorandum and Corporate Disclosure Statement to be served on Total Merchant Services, Inc. at the address of R.A. CSC Services of Nevada @ 2215-B Renaissance Dr., Las Vegas Nevada 89119.

3. That on the 14 day OCTOBER of 2011 your affiant served the United States District Court- Summons and Complaint Motion for Class Certification, Associated Memorandum and Corporate Disclosure Statement on Total Merchant Services, Inc. Julie Brown at the address of R.A. CSC Services of Nevada @ 2215-B Renaissance Dr., Las Vegas Nevada 89119.

4. That your affiant swears under the penalty of Illinois that the foregoing statement is true and correct.

_____
Affiant: Ronnie Goodwin

Subscribed and Sworn before me this
The 17 day October of 2011.

_____
Notary Public
County of Clark
State of Nevada