**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| RICHARD WADE ARCHITECTS, P.C., | ) | |
| on behalf of itself and a class, | ) | |
| | ) | |
| Plaintiff, | ) | 11 C 7237 |
| | ) | |
| v. | ) | Judge Coleman |
| | ) | Magistrate Judge Gilbert |
| TOTAL MERCHANT SERVICES, INC., | ) | |
| and JOHN DOES 1-10, | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF SETTLEMENT**

Plaintiff Richard Wade Architects, P.C. and Defendant Total Merchant Services, Inc. have reached an individual settlement in this case. The parties anticipate filing a stipulation of dismissal within the next 30 days.

SO STIPULATED ON THIS DAY, January 6, 2012.


| | |
|---|---|
| s/ Heather Kolbus | s/ James Vlahakis (w/ permission) |
| Daniel A. Edelman | James Vlahakis |
| Heather Kolbus | Hinshaw & Culbertson LLP |
| Edelman Combs Latturner & Goodwin LLC | 222 N. LaSalle St. |
| 120 S. LaSalle St., 18th Floor | Suite 300 |
| Chicago IL 60603 | Chicago IL 60601 |
| (312) 739-4200 | (312) 704-3000 |
| (312) 419-0379 (FAX) | (312) 704-3001 (FAX) |

## **CERTIFICATE OF SERVICE**

        I, Heather Kolbus, certify that on January 6, 2012, I caused a true and accurate copy of the foregoing document to be served upon the party listed below through the Court's CM/ECF system:

    James Vlahakis
    jvlahakis@hinshawlaw.com


                        s/ Heather Kolbus
                        Heather Kolbus



Daniel A. Edelman
Heather Kolbus
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 S. LaSalle Street, 18th floor
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)